# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **FLYPSI, INC. (D/B/A FLYP),**<br><br>　　　　**Plaintiff,**<br><br>vs.<br><br>**DIALPAD, INC.,**<br><br>　　　　**Defendant.** | Civil Action No. 6:21-cv-642-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION AND STIPULATION OF DISMISSAL

On this day, came for consideration, the Joint Motion and Stipulation of Dismissal with Prejudice of Plaintiff Flypsi, Inc. ("Flyp") and Defendant Dialpad, Inc. ("Dialpad") (collectively, "the Parties"), wherein the Parties have stipulated to the dismissal with prejudice of all claims and counterclaims by all of the Parties in this action. The Court finds that the motion is well-taken and the motion is hereby GRANTED.

According, it is hereby ORDERED that:

1. All claims and counterclaims asserted by all the Parties against each other in this action are DISMISSED with prejudice; and

2. Each party shall bear its own costs, fees, and expenses.

SIGNED this 14th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE